**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JIMMY DAVIS**                                                                                    **PETITIONER**

**v.**                                                                          **No. 3:20CV140-NBB-DAS**

**TERESA ARBUTHNOT**                                                                **RESPONDENT**

**ORDER DISMISSING PETITION BECAUSE
PETITIONER FORGED INMATE ACCOUNT
CUSTODIAN SIGNATURE**

The court takes up, *sua sponte*, the dismissal of this case.   On June 5, 2020, the court issued an order [4] giving the petitioner the opportunity to show that he did not forge the signature of the custodian of his inmate account on the form attached to his motion to proceed as a pauper.   The deadline for the petitioner to respond to the show cause order expired on June 26, 2020, and he has not done so.   As such, for the reasons set forth in the court's June 5, 2020, order, the instant petition is **DISMISSED** without prejudice.

**SO ORDERED**, this, the 17th day of August, 2020.

 /s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE